JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

November 23, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW E. ARTEAGA, on behalf of himself and others similarly situated,<br><br>PLAINTIFF,<br><br>vs.<br><br>OLD DOMINION FREIGHT LINE, INC. and DOES 1 to 100, inclusive,<br><br>DEFENDANTS. | Case No.: 5:15-CV-00990-SJO-DTB<br><br>[*Assigned for all purposes to the Hon. S. James Otero, Courtroom 1*]<br><br>**ORDER GRANTING STIPULATION REGARDING AMOUNT IN CONTROVERSY AND TO REMAND CIVIL ACTION TO STATE COURT** |

# ORDER

Having reviewed and considered the parties' Joint Stipulation Regarding Amount in Controversy and to Remand Civil Action to State Court, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff, individually and on behalf of any putative class and/or any person or entity, irrevocably is not seeking and will never seek to recover an amount in controversy in this action (wherever venued), inclusive of attorneys' fees and excluding interest and costs, that is $5 million or more; and

2. This action is REMANDED to the Superior Court of California in and for the County of San Bernardino.

IT IS SO ORDERED.

Dated: November 23, 2015.

Hon. S. James Otero
United States District Judge